EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2010 TSPR 92 |
| | 179 DPR _____ |
| Eugenio L. Rivera Ramos | |

Número del Caso: CP-2007-17

Fecha: 14 de junio de 2010

Abogada de la Parte Peticionaria:

    Lcda. Ruth Castro Algarín

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Eugenio L. Rivera Ramos

CP-2007-17

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 14 de junio de 2010.

Examinada la moción solicitando reinstalación al ejercicio de la abogacía y la moción informativa en cumplimiento con sentencia, ambas presentadas por el Sr. Eugenio L. Rivera Ramos, se autoriza la reinstalación del señor Rivera Ramos al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal. El Juez Presidente señor Hernández Denton no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo